NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRENDAN A. DANIEL,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3097

---

Petition for review of the Merit Systems Protection Board in case no. DA0841090711-B-1.

---

## ON MOTION

---

## ORDER

We treat Brendan A. Daniel's correspondence, received on May 25, 2011, as a motion for Daniels to file his informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The informal brief is accepted for filing.

(2) The respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

**JUN 2 4 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brendan A. Daniel
    Delisa M. Sanchez, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 4 2011

JAN HORBALY
CLERK